# THE VARGAS LAW FIRM

ATTORNEY AT LAW
**26 Court Street, Suite 1400,**
**Brooklyn, NY 11242**
**OFFICE (718) 596-0025 • FACSIMILE (718) 228-8386**
**Charlie@cvargaslaw.com**


September 17, 2026

REQUEST GRANTED.
The Court modifies Mr. Gomez's bail as requested to extend his curfew until 11:30PM and to permit him to attend a local Planet Fitness gym on Mondays through Thursdays between 9:00PM and 11:00PM.

9/17/2026

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: **United States v. Yefry De Jesus Gomez**
Dkt. #: 26 Cr. 261

Dear Judge Liman:

The undersigned represents Yefri De Jesus Gomez, and submits this letter in support of extending Mr. Gomez' curfew until 11:30 p.m. and to attend a local Planet Fitness gym on Mondays through Thursdays between 9 pm to 11 pm.

Pretrial Services did not object to the extension of Mr. Gomez' curfew and the Government deferred to Pretrial Services on this request. Pretrial Services further requested that the hours be set at the discretion of Pretrial Services if the defendant requests to work later than 11:30 p.m. on Holiday evenings.

Mr. Gomez appeared at a bond hearing before Magistrate Judge Robert W. Lehrburger on May 19, 2026. The bail disposition included the following conditions: 1) a personal recognizance bond in the amount of one hundred fifty thousand dollars ($150,000); (2) to be co-signed by three (3) FRP; Travel restricted to SDNY/EDNY; (4) Surrender travel documents and no new applications; Pretrial Supervision; (5) As directed by PTS; Home Detention; Location monitoring technology as directed by PTS; defendant to continue or seek employment; (6) Defendant not to possess firearm/destructive device/other weapon; (7) Defendant to continue to reside at 550 Academy Street, Apt. 28J, NY, NY 10034; (8) No contact with co-defendant without the presence of counsel; and (9) Defendant to be released on own signature, plus the following conditions: 1) bracelet; 2) surrender passports (both United States and Dominican Republic).

Mr. Gomez has maintained compliance with Pretrial Services Supervision since the bond hearing. Mr. Gomez continues to be employed as a Barber at a local barber shop and is requesting the opportunity to work later in the evenings to service more of his customers that are off from work. Secondly, Mr. Gomez makes a request to attend the local Planet Fitness gym

between 9 p.m. to 11 p.m. on Mondays through Thursdays located at 177 Dyckman Street, New York, New York 10040.

Thank you for your consideration.

Respectfully,

**Charlie A. Vargas, Esq.**